## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>Vs.<br><br>**LIGIA MARIA LEMUS-DE PENTZKE, AKA "LIGIA LEMUS LANUZA" [5]**<br><br><br>**Defendant** | **CRIMINAL NO.:  3:23-cr-00130-ADC** |

### DEFENDANT LIGIA MARIA LEMUS-DE PENTZKE'S
### MOTION FOR CHANGE OF PLEA

**TO THE HONORABLE COURT:**

    **COMES NOW**, the defendant, **LIGIA MARIA LEMUS-DE PENTZKE,** by and through the undersigned attorney, and very respectfully **ALLEGES** and **PRAYS** as follows:

    1.    An Arraignment Hearing was conducted in which the defendant pleaded <u>not guilty</u> to all counts of the Indictment.

    2.    The parties expect to reach a satisfactory settlement agreement with the United States of the dispute's issues of fact and law.

    3.    That pursuant to such expectation we are hereby notifying this Court the defendant's decision to change her plea of **Not Guilty** to a plea of **Guilty**.

    4.    Defendant Ligia María Lemus-De Pentzke respectfully prays to this Honorable Court to schedule a Change of Plea Hearing.

**WHEREFORE**, defendant Ligia María Lemus-De Pentzke respectfully prays to this Honorable Court to grant the Motion for Change of Plea and schedule a Change of Plea Hearing.

**RESPECTFULLY SUBMITED.**

In San Juan, Puerto Rico, this 8th day of November 2024.

**I HEREBY CERTIFY**: That on this same date the foregoing motion was electronically filed with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

*S/LUIS RAFAEL RIVERA*
*LUIS RAFAEL RIVERA*
*USDC-PR 129411*
*LUIS RAFAEL RIVERA LAW OFFICES*
CAPITAL CENTER BLDG. SUITE 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN, PUERTO RICO 00918
TEL:  (787) 763-1780  /  FAX: (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com