## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**LIGIA MARIA LEMUS DE PENTZKE,<br>AKA "LIGIA LEMUS LANUZA" [5]**<br><br>Defendant | **CRIMINAL NO.:  23-CR-130-5 (ADC)** |

### DEFENDANT LIGIA MARIA LEMUS DE PENTZKE'S MOTION
### FOR CONTINUANCE OF CHANGE OF PLEA HEARING

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant **LIGIA MARIA LEMUS DE PENTZKE** (hereby "Defendant Lemus de Pentzke"), by and through the undersigned attorney, and very respectfully **STATES**, **ALLEGES** and **PRAYS** as follows:

1.	This Honorable Court has scheduled the Change of Plea Hearing for Friday, December 20, 2024, at 9:30 a.m.

2.	The government has requested a mitigation package, which includes medical records of the defendant, in order to assist in reaching a plea agreement.

3.	In order to provide the government with the required medical records, the defendant needs additional time to obtain and review the relevant medical documentation.

4.	The defendant's medical records will support the conditions relevant to the plea agreement.

5.	To ensure that the defendant has adequate time to gather and submit these records, she respectfully requests that the Court continue the

Change of Plea Hearing by thirty (30) days, extending the hearing date to January 30, 2024.

6.    This request for continuance has been discussed with Assistant United States Attorney (AUSA) Daniel Olinghouse, who has expressed no objections to the proposed extension.

**WHEREFORE**, it is respectfully requested to this Honorable Court that the information provided herein **BE NOTED** and that it grants an additional thirty (30) days to finalize plea negotiations, due on January 30, 2024.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 17th day of December 2024.

**I HEREBY CERTIFY:**  That on this same date the foregoing motion has been filed electronically with the Clerk of Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

*s/Luis Rafael Rivera*
**LUIS RAFAEL RIVERA**
USDC-PR 129411
Luis Rafael Rivera Law Offices
Capital Center Bldg. Suite 401
239 Arterial Hostos Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 763-1780
Fax: (787) 763-2145
E-Mail: luiswichyrivera@hotmail.com